UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------x
STARR INDEMNITY & LIABILITY COMPANY,

                Plaintiff,

      -against-

U.S. WIRE & CABLE CORPORATION,

                Defendant.
---------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Civil Action No.:
2:25-cv-00204-WJM-JCB

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Starr Indemnity & Liability Company and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant.

Dated: May 14, 2025

Respectfully Submitted,

STARR INSURANCE HOLDINGS, INC.

/s/ Marc P. Madonia
Marc P. Madonia
399 Park Avenue, 3rd Floor
New York, New York  10022
Marc.madonia@starrcompanies.com
*Attorneys for Plaintiff*
*Starr Indemnity & Liability Company*

So Ordered on 5/14/2025:

_____
William J. Martini, U.S.D.J.